No. D–1523. IN RE DISBARMENT OF RUBIN. It is ordered that Richard J. Rubin, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1524. IN RE DISBARMENT OF CARSON. It is ordered that Patricia A. Carson, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1525. IN RE DISBARMENT OF HANDY. It is ordered that Gary R. Handy, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1526. IN RE DISBARMENT OF RUTLEDGE. It is ordered that William Eugene Rutledge, of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the City of New York for leave to intervene as a party defendant referred to the Special Master. [For earlier order herein, see, e. g., 513 U. S. 924.]

No. 94–455. JOHNSON ET AL. v. JONES. C. A. 7th Cir. [Certiorari granted, 513 U. S. 1071.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 94–771. OKLAHOMA TAX COMMISSION v. CHICKASAW NATION. C. A. 10th Cir. [Certiorari granted, 513 U. S. 1071.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.